200 So.2d 667

**STATE ex rel. CITIZENS FINANCE COMPANY OF HAMMOND, Inc.**

v.

**A. Clayton JAMES, Louisiana State Bank Commissioner.**

**No. 48771.**

June 30, 1967.

In re: Citizens Finance Company of Hammond, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 198 So.2d 693.

Writ granted but limited to the question of whether or not the Court of Appeal properly remanded the case.